UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES P. RYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:14-cv-02809-MHC |
| ) | |
| JOHN HIGGINBOTHAM, LORETTA ) | |
| HIGGINS, CARLOS RYERSON, SAM ) | |
| SKIPPER, GLENN MASSEY, and ) | |
| AMERICAN SENIORS ASSOCIATION ) | |
| HOLDING GROUP, INC., | |
| | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By stipulation of the represented parties, Plaintiff, James P. Ryan, and the Defendants who have answered and settled their claims, John Higginbotham, Loretta Higgins, Carlos Ryerson, and American Seniors Association Holding Group, Inc., all claims against these Defendants are hereby dismissed with prejudice.

| | |
|---|---|
| FISHERBROYLES, LLP | DAVID GHATTAS, P.C. |
| *Attorneys for Plaintiff, James P. Ryan* | *Attorney for Defendants, John Higginbotham, Loretta Higgins, Carlos Ryerson and American Seniors Association Holding Group, Inc.* |
| /s/Cammi R. Jones_____ | |
| Cammi R. Jones | /s/David E. Ghattas_____ |
| Georgia Bar No. 398999 | David E. Ghattas |
| 1200 Abernathy Road, | Georgia Bar No. 292457 |
| Building 600, Suite 1700 | 1265 Seven Spring Circle |
| Atlanta, GA 30328 | Marietta, Georgia 30068 |
| Tel: (404) 551-3585 | Tel: (404) 643-1249 |
| Fax: (404)478-6834 | DGhattas1@aol.com |
| Cammi.Jones@fisherbroyles.com | Dated: June 12, 2015 |
| Dated: June 12, 2015 | |